IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

CIVIL ACTION NO. 4:16-cv-00084-D

Jack Howard Cox, Sr., Craig Michael Cox,
and Valerie M. Cox, co-executors of the Estate
of Percy Ray Cox, Deceased and Charlotte
Cox, Individually,

    Plaintiffs,

v.

AGCO Corporation, et al.,

    Defendants.

## ORDER GRANTING DEFENDANT PACCAR INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Upon consideration of Defendant Paccar Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (Docket No. 35), and that Defendant Paccar, Inc.'s Motion and the accompanying Memorandum in Support was unopposed by Plaintiffs, it is this __29__ day of December, 2016,

ORDERED, that Defendant Paccar Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) be, and the same hereby is, GRANTED, as unopposed, and it is further,

ORDERED, that all claims against Paccar, Inc. are hereby dismissed.

SO ORDERED

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE