IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-84-D

Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox,

    Plaintiff,

v.

AGCO Corporation, et al.

    Defendants.

## ORDER

This matter comes before the Court on the Joint Motion of the parties Plaintiff Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, ("Plaintiff") and Defendant Hennessy Industries, LLC ("Hennessy"), incorrectly sued as Hennessy Industries, Inc. to dismiss the purported claims of Plaintiff against Hennessy. For good cause shown and pursuant to the authority of Federal Rule of Civil Procedure 41(a)(2):

**IT IS THEREFORE ORDERED** that the Joint Motion, [Dkt. 177], is **GRANTED**, and all claims of Plaintiff that were brought or could have been brought against Hennessy in the present action are hereby **DISMISSED WITHOUT PREJUDICE**, and with each party to bear his or its own costs, and reserving to Plaintiff his claims against all other parties.

SO ORDERED. This 14 day of August 2017.

_____
JAMES C. DEVER III
Chief United States District Judge