THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION
No. 4:16-cv-00084-D

JACK HOWARD COX, SR., Executor of the )
Estate of PERCY RAY COX, , )
)
          Plaintiff, )
)
vs. )
)
AGCO CORPORATION, et al. )
)
          Defendants. )

## ORDER

This matter comes before the Court upon consideration of Defendants' Motion for Clarification (DE-179), wherein Defendants seek clarification and amendment as to the expert discovery deadlines set forth in the Scheduling Order entered at D.E.156. It appearing to the Court that the Motion should be granted for good cause shown,

IT IS HEREBY ORDERED that:

Reports from retained expert witnesses under Fed. R. Civ. P. 26(a)(2)(B), and disclosures from any expert witness under Fed. R. Civ. P. 26(a)(2)(C) who will provide an opinion regarding the cause of Decedent's injuries, are due following the fact discovery period:

    (i)    From Plaintiff by **January 19, 2018**.

    (ii)   From Defendants by **February 16, 2018**.

(iii) Supplementations under Fed. R. Civ. P. 26(e) are due as soon as practicable, but no later than 30 days prior to any *Daubert* motions.

SO ORDERED. This 12 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge