IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION
Case No. 4:16-cv-00084-D

JACK HOWARD COX, SR.,
Executor of the Estate of PERCY RAY COX,

    Plaintiff,

v.

AGCO CORPORATION, *et al.*,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the Joint Motion to Dismiss Defendant AGCO Corporation.

For the reasons stated in the Joint Motion, and for cause shown,

IT IS, THEREFORE, ORDERED that the Joint Motion to Dismiss Defendant AGCO Corporation is GRANTED, and the claims of the Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, Deceased, against Defendant AGCO Corporation are hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own costs. To the extent that any cross-claims by or against Defendant AGCO Corporation exist, those cross-claims are also hereby dismissed.

SO ORDERED. This the 2 day of February 2018.

JAMES C. DEVER III
Chief United States District Judge