UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION
File No.: 4:16-cv-00084-D

| | |
|---|---|
| JACK HOWARD COX, SR.,<br>Executor of the<br>Estate of PERCY RAY COX,<br><br>Plaintiffs,<br><br>vs.<br><br>AGCO CORPORATION, et al,<br><br>Defendants. | ORDER |

This matter is before the Court upon motion by Plaintiff, Jack Howard Cox Sr., Executor of the Estate of Percy Ray Cox, and Defendant American Honda Motor Co., Inc., (erroneously sued as "American Honda Motor, Inc., hereinafter referred to as American Honda Motor Co., Inc.), to dismiss with prejudice all claims against American Honda Motor Co., Inc. in this matter.

It appearing that grounds exist to permit Plaintiff's to voluntarily dismiss this action against American Honda Motor Co., Inc. with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox against Defendant American Honda Motor Co., Inc., be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

SO ORDERED. This 23 day of August 2018.

JAMES C. DEVER III
Chief United States District Judge