UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION
File No.: 4:16-cv-00084-D

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, <br><br> Plaintiffs, <br><br> vs. <br><br> AGCO CORPORATION, et al, <br><br> Defendants. | ORDER |

This matter is before the Court upon motion by Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, and Defendant Nissan North America, Inc., to dismiss with prejudice all claims against Nissan North America, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Nissan North America, Inc. with prejudice, and that the joint motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox against Defendant Nissan North America, Inc., be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

SO ORDERED. This \_\_23\_\_ day of August 2018.

_____
JAMES C. DEVER III
Chief United States District Judge