UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, <br><br> Plaintiff, <br><br> vs. <br><br> AGCO CORPORATION, et al, <br><br> Defendants. | CIVIL ACTION <br> CASE NO. 4:16-cv-00084-D |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST.

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED,** and the claims of the Plaintiff Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, against Defendant Federal-Mogul Asbestos Personal Injury Trust, sued as successor to Felt-Products Manufacturing Co., are hereby **DISMISSED WITH PREJUDICE,** each party to bear their own costs. To the extent that any cross-claims by or against Defendant Federal-Mogul Asbestos Personal Injury Trust, sued as successor to Felt-Products Manufacturing Co., exist, those cross-claims are also hereby dismissed.

**SO ORDERED.** This 23 day of August 2018.

JAMES C. DEVER III
Chief United States District Judge