UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:16-cv-00084-D

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, Plaintiffs, vs. AGCO CORPORATION, et al, Defendants. | ORDER |

This matter is before the Court upon motion by Plaintiff, Jack Howard Cox Sr., Executor of the Estate of Percy Ray Cox, and Defendant Toyota Motor Sales, U.S.A., Inc., to dismiss with prejudice all claims against Toyota Motor Sales, U.S.A., Inc., only, in this matter.

It appearing that grounds exist to permit Plaintiff's to voluntarily dismiss this action against Toyota Motor Sales, U.S.A., Inc., only, with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox against Defendant Toyota Motor Sales, U.S.A., Inc., only, be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

SO ORDERED. This 23 day of August 2018.

JAMES C. DEVER III
Chief United States District Judge