# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, <br><br>Plaintiffs, <br><br>vs. <br><br>AGCO CORPORATION, et al. <br><br>Defendants. | Civil Action No. 4:16-cv-00084-D |

## ORDER

This matter was heard by the undersigned upon motion by Plaintiffs, JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, and Defendant CUMMINS INC., to dismiss without prejudice all claims against CUMMINS INC. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against CUMMINS INC. without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX against Defendant CUMMINS INC. be dismissed without prejudice, and each party to bear its own fees and costs. To the extent that any cross-claims by or against Defendant CUMMINS INC., those cross-claims are also hereby dismissed.

SO ORDERED. This **23** day of August 2018.

JAMES C. DEVER III
Chief United States District Judge