UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION
Civil Action No. 4:16-CV-84

| | |
|---|---|
| Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox,<br><br>                Plaintiff,<br><br>v.<br><br>AGCO Corporation,<br>American Honda Motor, Inc., et al.<br><br>                Defendants. | **ORDER GRANTING JOINT MOTION TO DISMISS ONLY SPX CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BEAR AUTOMOTIVE SERVICE EQUIPMENT COMPANY** |

This matter is before the Court upon the joint motion of Plaintiff Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, and Defendant SPX Corporation, individually and as successor in interest to Bear Automotive Service Equipment Company ("SPX"), to dismiss with prejudice the claims Plaintiff made against SPX and no others in this civil action. For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss is **GRANTED**, and all of the Plaintiff's claims against the Defendant SPX are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SO ORDERED. This _12_ day of October, 2018.

                                                JAMES C. DEVER III
                                              Chief United States District Judge