IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox,<br><br>                Plaintiffs,<br><br>vs.<br><br>AGCO Corporation, et al.,<br><br>                Defendants. | Civil Action No.: 4:16-CV-00084-D<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT ARVINMERITOR, INC.** |

This matter is before the Court upon the joint Motion of Plaintiffs, Jack Howard Cox Sr., Executor of the Estate of Percy Ray Cox, and Defendant, ArvinMeritor, Inc., to dismiss with prejudice the claims Plaintiffs made against Defendant ArvinMeritor, Inc. in this action. For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS THEREFORE, ORDERED** that the Joint Motion to Dismiss Claims Against Defendant ArvinMeritor, Inc. is **GRANTED**, and all of Plaintiffs' claims against ArvinMeritor, Inc. are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SO ORDERED. This **10** day of November 2018.

                                                        _/s/ Dever_
                                                        JAMES C. DEVER III
                                                        United States District Judge