UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of Percy Ray Cox,<br><br>Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, *et al.*,<br><br>Defendants. | C/A No. 4:16-cv-00084-D<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT MCCORD CORPORATION** |

This matter is before the Court upon the joint motion of Plaintiff, Jack Howard Cox Sr., Executor of the Estate of Percy Ray Cox, and Defendant, McCord Corporation, to dismiss with prejudice the claims Plaintiff made against McCord Corporation in this action. For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS, THEREFORE, ORDERED that the Joint Motion to Dismiss Defendant McCord Corporation is GRANTED, and all of Plaintiff's claims against McCord Corporation are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED. This 20 day of November, 2018.

JAMES C. DEVER III
United States District Judge