UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK HOWARD COX, SR, Executor of the Estate of PERCY RAY COX,<br><br>Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, et al.<br><br>Defendants. | Civil Action No. 4:16-cv-00084-D<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT PARKER HANNIFIN CORPORATION** |

This matter is before the Court upon the joint motion of Plaintiffs, Jack Howard Cox, Sr. Executor of the Estate of Percy Ray Cox, and Defendant, Parker Hannifin Corporation, to dismiss with prejudice the claims Plaintiff made against Defendant Parker Hannifin Corporation in this action. For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS THEREFORE, ORDERED** that the Joint Motion to Dismiss Claims Against Defendant Parker Hannifin Corporation is **GRANTED,** and all of Plaintiff's claims against Parker Hannifin Corporation are hereby **DISMISSED WITH PREJUDICE,** each party to bear its own costs.

SO ORDERED, This __20__, day of December, 2018.

JAMES C. DEVER III
United States District Judge