# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
File No.: 4:16-cv-00084-D

| | |
|---|---|
| JACK HOWARD COX, SR., Executor of the Estate of PERCY RAY COX, | |
| Plaintiff, | ORDER |
| vs. | |
| AGCO CORPORATION, et al, | |
| Defendants. | |

This matter is before the Court upon amended motion by Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, and Defendant Caterpillar, Inc., to dismiss without prejudice all claims against Caterpillar, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Caterpillar, Inc. without prejudice, and that the amended joint motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox against Defendant Caterpillar, Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

SO ORDERED. This __4__ day of May 2019.

JAMES C. DEVER III
United States District Judge