# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
File No.: 4:16-cv-00084-D

| | | |
|---|---|---|
| JACK HOWARD COX, SR.,<br>Executor of the Estate of<br>PERCY RAY COX, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | ORDER |
| vs. | )<br>)<br>) | |
| AGCO CORPORATION, et al, | )<br>) | |
| Defendants. | ) | |

This matter is before the Court upon amended motion by Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox, and Defendant Deere & Company, to dismiss without prejudice all claims against Deere & Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Deere & Company without prejudice, and that the amended joint motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jack Howard Cox, Sr., Executor of the Estate of Percy Ray Cox against Defendant Deere & Company, be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

SO ORDERED. This __4__ day of May 2019.

JAMES C. DEVER III
United States District Judge