IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-84-D

| | |
|---|---|
| JACK HOWARD COX, SR., CRAIG MICHAEL COX, and VALERIE M. COX, Co-Executors of Estate of Percy Ray Cox, Deceased and Charlotte Cox, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> AGCO CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

Numerous motions are pending [D.E. 315, 316, 321, 323, 324, 325, 328, 332, 335, 338, 340, 343, 345, 347, 348, 349, 355, 374, 389, 390, 392]. The court DENIES without prejudice all pending motions and DIRECTS the parties to participate in a court-hosted mediation with United States Magistrate Judge Gates. Judge Gates will notify the parties how he wishes to proceed concerning the mediation, and the date on which it will be held. If the parties are unable to resolve this case, each party shall advise the court which motions that the court needs to resolve on the merits. The court will then resolve the relevant motions on the merits.

SO ORDERED. This 20 day of August 2019.

JAMES C. DEVER III
United States District Judge