IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:16-CV-84-D

JACK HOWARD COX, SR., Executor of the )
Estate of PERCY RAY COX, Deceased, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
AGCO CORPORATION, et al., )
)
    Defendants. )

This case is before the court on the consent motion (D.E. 418) by defendant Navistar, Inc. ("Navistar") to excuse an officer, manager, or director of Navistar from in-person attendance at the settlement conference scheduled for 30 October 2019 (*see* D.E. 416). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. No officer, manager, or director of Navistar is required to attend the 30 October 2019 settlement conference in person, provided that if no such person attends in person, Navistar shall make an officer, manager, or director of Navistar available by telephone during the entire settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 10th day of October 2019.

James E. Gates
United States Magistrate Judge